1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   BYRON DEWAYNE CUFF,                          No.  2:16-cv-1999 MCE DB P

12                  Plaintiff,

13            v.                                  ORDER

14   DEPARTMENT OF STATE HOSPITALS,
     et al.,
15
                     Defendants.
16

17

18            Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42

19   U.S.C. § 1983.

20            By an order filed July 24, 2017, this court ordered plaintiff to complete and return to the

21   court, within thirty days, the USM-285 forms and copies of his complaint which are required to

22   effect service on the defendants.  On July 31, 2017, plaintiff submitted the USM-285 forms but

23   failed to file all six copies of the first amended complaint.  In addition, in his submission, plaintiff

24   identifies one defendant as "Harper and/or (Harris)."

25            The court has reviewed the July 24 order and discovered that the order contains an error.

26   Defendant Harris is identified at various places, including the final order clause, as "Harper."

27   Therefore, the July 24, 2017 order will be amended to replace the name "Harper" with "Harris."

28   ////

                                                  1

In addition, plaintiff's summons form directed to defendant "Harper and/or (Harris)" should be considered a summons form for defendant Harris.

Accordingly, IT IS HEREBY ORDERED that:

1. The July 24, 2017 order is amended to replace the name "Harper" wherever it appears with "Harris;"

2. The summons form submitted by plaintiff for defendant "Harper and/or (Harris)" should be considered a summons form for defendant Harris;

3. The Clerk of the Court is directed to return the copy of the first amended complaint submitted by plaintiff on July 31, 2017; and

4. Within thirty days, plaintiff shall submit to the court the four additional copies of the complaint required to effect service. Failure to return the copies within the specified time period will result in a recommendation that this action be dismissed.

Dated: August 8, 2017

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/prisoner-civil rights/cuff1999.8f

1

2

3

4

5

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| BYRON DEWAYNE CUFF, | No. 2:16-cv-1999 MCE DB P |
|---|---|
| Plaintiff, | |
| v. | NOTICE OF SUBMISSION OF DOCUMENTS |
| DEPARTMENT OF STATE HOSPITALS, et al., | |
| Defendants. | |

Plaintiff hereby submits the following documents in compliance with the court's order

filed _____:


_____     copies of the _ April 18, 2017

First Amended Complaint

DATED:



_____