# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON DEWAYNE CUFF,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF STATE HOSPITALS, et al.,<br><br>Defendants. | Case No. 2:16-cv-01999-MCE-DB (PC)<br><br>ORDER |

On August 13, 2018, Defendants sought to modify the scheduling order to extend the dispositive motion deadline by sixty days, to and including October 9, 2018. Good cause having been shown, Defendants' request (ECF No. 48) is granted. The dispositive motion deadline is extended through October 9, 2018.

Dated: August 15, 2018

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/cuff1999.dso eot2