# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

BYRON DEWAYNE CUFF,    No. 2:16-cv-1999 MCE DB P

   Plaintiff,

 v.

HARRIS, et al.,
          **ORDER & WRIT OF HABEAS CORPUS**
    Defendants.    **AD TESTIFICANDUM**

_____/

Byron Cuff, CDCR # P-68848, a necessary and material witness in a settlement conference in this case on January 29, 2019, is confined in California State Prison, Corcoran (COR), in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Carolyn K. Delaney at the U. S. District Court, Courtroom #24, 501 I Street, Sacramento, California 95814, on Tuesday, January 29, 2019 at 9:30 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

<strong>WRIT OF HABEAS CORPUS AD TESTIFICANDUM</strong>

**To: Warden, COR, P.O. Box 8800, Corcoran, California 93212:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Delaney at the time and place above, until completion of the settlement conference or as ordered by the court. This inmate's legal property, relevant to the above entitled case, shall accompany the inmate.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: November 29, 2018

              _____
              DEBORAH BARNES
              UNITED STATES MAGISTRATE JUDGE