UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON DEWAYNE CUFF,<br><br>    Plaintiff,<br><br>    v.<br><br>RAMOS, et al.,<br><br>    Defendants. | No. 2:16-cv-1999 MCE DB P<br><br><br>ORDER |

    Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action under 42 U.S.C. § 1983. Plaintiff alleges defendants used excessive force and involuntarily medicated him. Proceedings in this case were on hold while the parties prepared for a settlement conference. Magistrate Judge Delaney conducted that conference on January 29, 2019. As a result, defendants McCarthy, Cunningham, and Harris were dismissed from this action. Ramos and Ward are the remaining defendants.

////
////
////
////
////

| | |
|---|---|
| 1 | Within thirty days of the filed date of this order, defendants Ramos and Ward shall file any dispositive, pretrial motions as described in the court's Discovery and Scheduling Order dated November 6, 2017.  (See ECF NO. 28.) |

Within thirty days of the filed date of this order, defendants Ramos and Ward shall file any dispositive, pretrial motions as described in the court's Discovery and Scheduling Order dated November 6, 2017.  (See ECF NO. 28.)

IT IS SO ORDERED.

Dated:  February 6, 2019

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/cuff1999.dso eot(3)